UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BENOIT BROOKENS, *et al.*

    Plaintiffs,

vs.

UNITED STATES OF AMERICA, *et al.,*

    Defendants

Civil Action No. 1:12-cv-00502 (RWR)

## NOTICE OF APPEARANCE

TO CLERK OF COURT AND ALL PARTIES OF RECORD:

You are hereby notified that attorney Jeffrey G. Huvelle of Covington & Burling LLP appears as counsel on behalf of defendants Theodore Metzler and Covington & Burling LLP, in the above-entitled action.

    Respectfully submitted,

    /s/ Jeffrey G. Huvelle
Jeffrey G. Huvelle (D.C. Bar No. 227769)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-5526 (telephone)
(202) 778-5526 (facsimile)
Email: jhuvelle@cov.com

April 20, 2012

**CERTIFICATE OF SERVICE**

I hereby certify I have today directed that a true and correct copy of the foregoing Notice of Appearance be served by First Class Mail and by email (for those persons for whom an email address is provided below) upon:

Claude W. Roxborough, II
Kimmel & Roxborough LLP
709 Irving Street, NW
Washington, DC 20010
(202) 368-8847
Fax: (202) 332-7600
Email: roxborougl@aol.com
*Counsel for plaintiffs Benoit Brookens* and *Mary Todd*

Melodie Venee Shuler
Kimmel & Roxborough LLP
709 Irving Street NW
Washington, DC 20010
(240) 551-0140
Email: melodieshuler@yahoo.com
*Counsel for plaintiffs Benoit Brookens* and *Mary Todd*

Michael J. Lanzdorf
Office of the Attorney General for the District of Columbia
441 Fourth Street NW, Room 600S
Washington, DC 20001
(202) 724-6648
Fax: (202) 741-0573
Email: michael.lanzdorf@dc.gov
*Counsel for defendant District of Columbia*

Kelly P. Wynne
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
(202) 307-2332
Email: wynne.kelly@usdoj.gov
*Counsel for defendant Cynthia R. Wright, Esq.*

United States of America
555 4th Street, NW
Washington, DC 20530

District of Columbia Bar
1101 K Street N.W.
Washington, DC 20005

Office of the United States Attorney for the District of Columbia
Ronald Malchen, U.S. Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20530

Jeffrey Ragsdale
Office of the United States Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20530

The Honorable Tyrone Butler
District of Columbia Office of Administrative Hearings
One Judiciary Square
441 4th Street, NW
Washington, DC 20001

The Honorable Jennifer Long
One Judiciary Square
District of Columbia Office of Administrative Hearings
441 4th Street, NW
Washington, DC 20001

David Neumann
United States Marshals Service
333 Constitution Avenue, NW
Washington, DC 20001

Six Unidentified U.S. Marshals
United States Marshals Service
333 Constitution A venue, NW
Washington, DC 20001

One Unidentified Civilian Employee
United States Marshals Service
333 Constitution Avenue, NW
Washington, DC 20001

Two Unidentified Metropolitan Police Officers
Metropolitan Police Department Headquarters
300 Indiana Avenue, NW
Washington, DC 20001

                                                      /s/  Jeffrey G. Huvelle
                                                      Jeffrey G. Huvelle (D.C. Bar No. 227769)
                                                      *Attorney for Defendants Theodore Metzler*
                                                      *and Covington & Burling LLP*

April 20, 2012